State of Florida *ex rel.* W. H. Milton, as Administrator de bonis non of Peter Gillett, Plaintiff in Error, v. J. C. McKinnon as County Judge of Jackson county, Florida, and D. L. McKinnon, and John Capehart as Administrator of Mary Gillett, deceased, Defendants in Error.

(Supreme Court of Florida, *En Banc,* February 17, 1909.)

Writ of error to Circuit Court, Jackson county; J Emmet Wolfe, Judge.

Liddon & Carter, for Plaintiff in Error.

D. L. McKinnon, for Defendants in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants in error and plaintiff takes writ of error. Writ of error dismissed on motion of counsel for the defendants in error.